# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFCO SYSTEMS US, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNLIMITED PLASTICS, INC.,<br><br>Defendant. | Case No. 5:24-cv-01699-JGB-DTB<br><br>**STIPULATED PERMANENT INJUNCTION AND DISMISSAL** |

- 1 -
**STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

85268185;1

### **STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

In accordance with the Settlement Agreement entered into between the Parties, Plaintiff IFCO Systems US, LLC ("IFCO") and Defendant Unlimited Plastics, Inc. ("UPI"), it is this 17th day of December, 2025 STIPULATED by the Parties and ORDERED THAT:

1.     IFCO is the sole and exclusive owner of the reusable plastic containers marked with the RPC and/or IFCO logo (hereafter defined as "IFCO RPCs"). A depiction of the RPCs is attached as **Exhibit 1**.

2.     IFCO is entitled to recover and replevy all RPCs and component parts thereof now and in the future from UPI unless such parts are delivered to UPI under IFCO's order.

3.     UPI and its respective owners, shareholders, affiliates, employees, agents, officers, and directors are hereby permanently enjoined from any intentional or knowing future purchase, sale, use, destruction, dismantling, recycling, or otherwise treatment or use of IFCO RPCs or component parts thereof inconsistent with IFCO's ownership rights.

4.     This Permanent Injunction shall bind all successors and assigns of the Parties.

5.     Upon entry of this Permanent Injunction, this Civil Action is to be dismissed.

6.     Each party shall bear its own attorneys' fees and costs incurred in this Civil Action.

7.     This Court retains jurisdiction over this matter for the purposes of administration and enforcement of the Parties' Settlement Agreement and this Permanent Injunction.

**STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

85268185;1

**STIPULATED TO**:

UNLIMITED PLASTICS, INC.

BY:_____
NAME: GUILLERMO RODRIGUEZ
TITLE: PRESIDENT/CEO

IFCO SYSTEMS US, LLC

BY:_____
NAME: RICH HAMLIN
TITLE: CHIEF FINANCIAL OFFICER

**IT IS SO ORDERED.**

**Date:  March 3, 2026**

_____
Jesus G. Bernal, U.S. District Judge

- 3 -
**STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

85268185;1

# EXHIBIT 1









- 4 -

**STIPULATED PERMANENT INJUNCTION AND DISMISSAL**

85268185;1